No. 81–440. INSURANCE CORPORATION OF IRELAND, LTD., ET AL. *v.* COMPAGNIE DES BAUXITES DE GUINEE. C. A. 3d Cir. [Certiorari granted, *ante,* p. 963.] Motion of respondent Compagnie des Bauxites de Guinee to recall the writ of certiorari denied.

No. 81–523. CONTAINER CORPORATION OF AMERICA *v.* FRANCHISE TAX BOARD. Ct. App. Cal., 1st App. Dist. Motion of appellant to note probable jurisdiction and to hear case in tandem with No. 81–349, *Chicago Bridge & Iron Co.* v. *Caterpillar Tractor Co.* [probable jurisdiction noted, *ante,* p. 1029]; No. 80–2015, *ASARCO Inc.* v. *Idaho State Tax Commission* [probable jurisdiction noted, *ante,* p. 812]; and No. 80–1745, *F. W. Woolworth Co.* v. *Taxation and Revenue Department of New Mexico* [probable jurisdiction noted, *ante,* p. 812], denied. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 81–5114. TIBBS *v.* FLORIDA. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 963.] Motion for appointment of counsel granted, and it is ordered that Louis R. Beller, Esquire, of Miami Beach, Fla., be appointed to serve as counsel for petitioner in this case.

No. 81–5534. RENNIE ET AL. *v.* KLEIN, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 3d Cir. Motion of petitioners for expedited consideration and to set case in tandem with No. 80–1417, *Mills* v. *Rogers* [certiorari granted *sub nom. Okin* v. *Rogers,* 451 U. S. 906], denied.

No. 81–5393. IN RE BRADSBY. Petition for writ of habeas corpus denied.

No. 81–5520. IN RE GRIFFITH. Petition for writ of mandamus denied.

No. 81–5600. IN RE PAUL. Petition for writ of mandamus and/or prohibition denied.